21 So.2d 564

### Grace MARSH v. STATE.

### 1 Div. 234.

Supreme Court of Alabama.

March 29, 1945.

D. R. Coley, Jr., of Mobile, Grover C. Powell, of Atlanta, Ga., Hayden C. Covington, of Brooklyn, N. Y., and Roy A. Swayze, of Arlington, Va., for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris and W. W. Callahan, Asst. Attys. Gen., opposed.

SIMPSON, Justice.

Petition of Grace Marsh for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Marsh v. State, 21 So.2d 558.

Writ denied.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.